**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Michelle H. Burns | **Date:** February 5, 2020 |
| **USA v. Debbie Corvo** | **Case Number:** CR-20-00096-002-PHX-JJT |

**Assistant U.S. Attorney:** Monica B. Edelstein
**Attorney for Defendant:** John Rood, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Summons ☐ Writ

### INITIAL APPEARANCE
☒ Indictment Filed                                                                **Date of Arrest: 2/5/2020**
☒ Financial Affidavit taken
☒ Based on the information in the financial affidavit, the Court will provisionally appoint John Rood. Defendant will need to retain counsel or provide proof to the Court at a later date why she is unable to retain counsel.

### DETENTION HEARING AND STATUS HEARING RE: COUNSEL
☒ **Set for:** February 12, 2020 at 11:00 am before Magistrate Judge Eileen S. Willett
☒ Defendant shall be temporarily detained in the custody of the United States

### ARRAIGNMENT HEARING
☒ Held
Plea of NOT guilty entered to all pending counts.
**TRIAL: April 7, 2020 at 9:00 a.m. before the Honorable John J. Tuchi**
**PRETRIAL MOTIONS DEADLINE:** 21 days.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA** 4 min |
| **Deputy Clerk** Molly Frasher | **ARR** 1 min |
| | **Start:** 3:33 pm |
| | **Stop:** 3:38 pm |